UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00292

**John Francis,**
*Plaintiff,*

v.

**Director, TDCJ-CID, et al.,**
*Defendants.*

### ORDER

Plaintiff John Francis, proceeding pro se and *in forma pauperis*, filed the above-styled and numbered civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report (Doc. 83), recommending that plaintiff's suit be dismissed with prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(b) and 1915A(b)(1). No objections were filed.

When there have been no timely objections filed to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's civil-rights action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(b) and 1915A(b)(1). All motions which may be pending in this civil action are denied as moot.

*So ordered by the court on April 4, 2024.*

J. CAMPBELL BARKER
United States District Judge